# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERLINDA ZACARIAS, et al.,

    Plaintiff(s),

v.

ERNEST JOHNSON, et al.,

    Defendant(s).

Case No. 2:22-cv-00595-JCM-NJK

**Order**

[Docket Nos. 2-3]

Defendants have removed this case from state court. *See* Docket No. 1.

It appears that one of the Plaintiffs (B.Z.) is a minor. Documents filed in this Court must be redacted to include only the initials for minor children. Local Rule IC 6-1(a)(2). Accordingly, the Clerk's Office is **INSTRUCTED** to seal and strike Docket Nos. 2-3. Defendants must file properly redacted versions of those documents by April 18, 2022.

It appears that one of the Plaintiffs for whom initials are used on the docket (F.R.) may <u>not</u> be a minor. *See* Docket No. 2-1 at 2. The parties must file a joint statement as to whether F.R. is a minor by April 18, 2022. If F.R. is not a minor, the Court will order the docket to reflect F.R.'s full name.

**<u>The Court expects strict compliance from the parties moving forward with all applicable rules, including the rules on protecting personal identifying information.</u>**

IT IS SO ORDERED.

Dated: April 11, 2022

                                                          _____
Nancy J. Koppe
United States Magistrate Judge