

# HARRIS

## INJURY LAW

**Brian K. Harris ◆**
**Christian N. Griffin ✳**

◆ Admitted to practice in Nevada,
Utah, Arizona, and
the United States Supreme Court
✳ Also admitted in California

Multi-Million Dollar Advocate Forum
Super Lawyers - Nevada
ATLA Top 100 Trial Lawyers
Verdicts Club - Platinum Member
Elite Lawyers of America
Martindale-Hubbell AV Preeminent Rating

February 23, 2022

***VIA TELECOPY***
***833.905.1738***

Ms. Michelle E. Gray, Claims Department
***PROGRESSIVE INSURANCE***
747 Alpha Drive
Highland Heights, OH 44143

Re:    ***Erlinda Zacarias, et al. v. Ernest Johnson; Jowa Tax and Finance, Inc.***

| | | |
|---|---|---|
| Case No. | : | A-22-846332-C |
| Your Insured | : | Ernest Johnson, Jr. / Jowa Tax & Finance |
| Policy/Claim | : | 035554226-0 / 21-8395745 |
| Claimant | : | Erlinda Zacarias / ███████ / Francisco Rocha-Briceno |
| Our Case No. | : | 228543 |
| Date of Loss | : | 06.08.2021 |

Dear Ms. Gray:

Attached is a copy of the Complaint filed in the above-entitled matter for your information. Also attached is a file-stamped copy of the Default, which has been entered by the Eighth Judicial District Court, Clark County, Nevada, against your client, Jowa Tax and Finance, Inc. An answer is due from your client, Ernest Johnson, on or before February 28, 2022. If no answer is received, we will request the Court to enter a Default against Mr. Johnson.

Sincerely,

**HARRIS & HARRIS, INJURY LAWYERS**

***BRIAN K. HARRIS***
*dictated & approved*

Brian K. Harris, Esq.

BKH/pf
Attachments

**www.harrislawyers.com**
1645 Village Center Circle, Suite 60, Las Vegas, Nevada 89134
Phone : 702.384.1414     Fax : 702.880.4528

**Electronically Filed**
**1/6/2022 1:14 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**COMP**
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HARRIS INJURY LAW**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

CASE NO: A-22-846332-C
Department 4

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERLINDA ZACARIAS; ERLINDA ZACARIAS as parent and guardian of ███████ FRANCISCO ROCHA <br><br> Plaintiffs, <br><br> vs. <br><br> ERNEST JOHNSON; JOWA TAX AND FINANCE, INC.; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, <br><br> Defendants. | Case No. <br> Dept. No. |

## C O M P L A I N T

Plaintiffs allege as follows:

1. That at all times relevant hereto, Plaintiff **ERLINDA ZACARIAS**, was and is a resident of Clark County, State of Nevada.

2. That at all times relevant hereto, Plaintiff **ERLINDA ZACARIAS** as parent and guardian of ███████ was and is a resident of Clark County, State of Nevada.

3. At all times mentioned herein, Plaintiff **FRANCISCO ROCHA** was and is a resident of Clark County, Nevada.

4. That at all times relevant hereto, Defendant **ERNEST JOHNSON**, was and is a resident of Harris County, State of Texas.

. . . .

Case Number: A-22-846332-C

PAGE 2/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

5.      That at all times relevant hereto, Defendant **JOWA TAX AND FINANCE, INC.** is a Foreign Corporation doing business in Las Vegas, Clark County, Nevada.

6.      That the identities of Defendants, DOES 1 through 10 and ROE CORPORATIONS 11 through 20, are unknown at this time and may be individuals, partnerships or corporations. Plaintiff alleges that each of the Defendants designated herein as DOE or ROE CORPORATION is responsible in some manner for the damages herein alleged. Plaintiffs request leave of the Court to amend this Complaint to name the Defendants specifically when their identities become known.

7.      That all the facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada.

8.      At all times relevant hereto, Defendants were the drivers, contractors, maintainers, owners, managers, inspectors, supervisors and controllers of the subject semi truck.

9.      On or about June 8, 2021, Defendants, while in the course and scope of their employment and agency with other Defendants, negligently failed to properly control and operate the subject semi truck and further failed to use due care to Plaintiffs, by rear-ending the vehicle they were occupying causing serious injuries.

10.     As a direct and proximate result, Plaintiffs were seriously and permanently injured to their general damage in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**.

11.     As a further direct and proximate result, Plaintiffs incurred expenses for medical care and treatment and will incur expenses for future medical care and treatment.

12 .    As a further direct and proximate result, Plaintiffs sustained a loss of earnings and/or earning capacity.

13.     As a further direct and proximate result, Plaintiffs were forced to retain the services of **HARRIS & HARRIS** to prosecute this matter.

-2-

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

WHEREFORE, Plaintiffs pray judgment of this Court as follows:

**WHEREFORE** Plaintiffs pray for Judgment against the Defendants, and each of them, as follows:

1.      For general and compensatory damages in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

2.      Damages for cost of medical care and treatment and costs incidental thereto in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

3.      Damages for future cost of medical care and treatment and costs incidental thereto in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

4.      Damages for lost earnings and loss of future earning capacity in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

5.      Damages for past and future household services in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

6.      Damages for Plaintiffs' emotional distress, including, but not limited to pain and suffering and hedonic damages in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

7.      For reasonable attorney fees, costs of suit and interest incurred herein; and

8.      For such other and further relief as the Court deems just and proper.

DATED this 6 day of January, 2022.

HARRIS INJURY LAW

By
      **BRIAN K. HARRIS, ESQ.**
      Nevada Bar No. 7737
      1645 Village Center Circle, Suite 60
      Las Vegas, Nevada 89134
      702.880.4529 - Telephone
      702.880.4528 - Facsimile
      *Attorneys for Plaintiffs*

Electronically Filed
2/16/2022 10:32 AM
Steven D. Grierson
CLERK OF THE COURT

**DFLT**
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HARRIS INJURY LAW**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERLINDA ZACARIAS; ERLINDA ZACARIAS as parent and guardian of ▇▇▇▇▇▇ FRANCISCO ROCHA <br><br> Plaintiffs, <br><br> vs. <br><br> ERNEST JOHNSON; JOWA TAX AND FINANCE, INC.; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, <br><br> Defendants. | Case No. A-22-846332-C <br> Dept. No. 4 <br><br><br><br><br> **D E F A U L T** |

It appearing from the files and records in the above-entitled action that **JOWA TAX AND FINANCE, INC.**, Defendant herein, being duly served with a copy of the Summons and Complaint on **JANUARY 13, 2022**; that more than 21 days, exclusive of the day of service, having expired since service upon Defendant **JOWA TAX AND FINANCE, INC.**; that no answer or other appearance having been filed and no further time having been granted, the

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

02/23/2022 07:01 FAX  0005/0028

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

default of the above-named Defendant for failing to answer or otherwise plead to Plaintiffs'

Complaint is hereby entered.

STEVEN D. GRIERSON
COURT EXECUTIVE

By: _____
A-22-846332-C
Michelle McCarthy
Deputy Clerk        Date
2/18/2022

HARRIS INJURY LAW

By: _____
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702.880.4529 - Telephone
702.880.4528 - Facsimile
*Attorneys for Plaintiffs*

-2-

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

Electronically Filed
1/20/2022 8:59 AM
Steven D. Grierson
CLERK OF THE COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERLINDA ZACARIAS; ERLINDA ZACARIAS as parent and guardian of ▮▮▮▮▮▮ FRANCISCO ROCHA | CASE NO: A-22-846332-C |
| | Case No. |
| | Dept. No. Department 4 |

ERLINDA ZACARIAS; ERLINDA ZACARIAS
as parent and guardian of ▮▮▮▮▮▮▮
FRANCISCO ROCHA                    )
)
Plaintiffs,          )
)
vs.                                )
)
ERNEST JOHNSON; JOWA TAX AND       )
FINANCE, INC.; DOES 1 through 10; ROE )
CORPORATIONS 11-20, inclusive,     )
)
Defendants.         )
)

CASE NO: A-22-846332-C
Case No.
Dept. No.          Department 4

## SUMMONS - CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**JOWA TAX AND FINANCE, INC.**
**c/o JOHN WACHIRA, REGISTERED AGENT**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   (a)    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   (b)    Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have **45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.**

DATED this ____ day of January, 2022.

Submitted By:

STEVEN D. GRIERSON, CLERK OF THE COURT        1/7/2022

By _____
Deputy Clerk              Date
Regional Justice Center       Laurie Williams
200 Lewis Avenue
Las Vegas, Nevada 89155

**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
*Attorney for Plaintiffs*

05.25.16

HARRIS INJURY LAW

Case Number: A-22-846332-C

PAGE 7/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

1  **AFFT**
Harris & Harris Lawyers
2  Brian K. Harris, Esq.
1645 Village Center Circle, Suite 60
3  Las Vegas , NV 89134
State Bar No.: 7737
4  Attorney(s) for:  Plaintiff(s)

Electronically Filed
1/19/2022 4:35 PM
Steven D. Grierson
CLERK OF THE COURT

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Case No.:

A-22-846332-C

Erlinda Zacarias; et al
                                                           **Plaintiff(s)**
             vs
Ernest Johnson; et al
                                                           **Defendant(s)**

Dept. No.:    4

Date:
Time:

**AFFIDAVIT OF SERVICE**

Kerry Jackson, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age and not a party to or interested in the proceeding in which this affidavit is made. The affiant received _1_ copy(ies) of the _Summons - Civil; Complaint_ on the _12th_ day of _January, 2022_ and served the same on the _13th_ day of _January, 2022_ at _10:40 am_ by serving the **Defendant,  Jowa Tax and Finance, Inc.** by personally delivering and leaving a copy at Registered Agent: John Wachira, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ with **Precious Dixon, Office Manager** pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the registered agent as shown on the current certificate of designation filed with the Secretary of State.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

I declare under penalty of perjury under the law
of the state of Nevada that the foregoing is true and correct.
Executed this _13_ day of January 2022

Signature: - Kerry Jackson
Process Server

WorkOrderNo 2200224

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

Electronically Filed
2/3/2022 4:25 PM
Steven D. Grierson
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ERLINDA ZACARIAS; ERLINDA ZACARIAS as parent and guardian of ▮▮▮▮▮ FRANCISCO ROCHA | CASE NO: A-22-846332-C |
| Plaintiffs, | Case No. Dept. No. Department 4 |
| vs. | |
| ERNEST JOHNSON; JOWA TAX AND FINANCE, INC.; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**ERNEST JOHNSON**

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   (b) Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have **45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.**

DATED this ⟨6⟩ day of January, 2022.

Submitted By:

STEVEN D. GRIERSON, CLERK OF THE COURT

By ⟨signature⟩                    Date   1/7/2022
Deputy Clerk
Regional Justice Center
200 Lewis Avenue   Laurie Williams
Las Vegas, Nevada 89155

**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
*Attorney for Plaintiffs*

05.25.16

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

Case Number: A-22-846332-C

PAGE 9/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36

**Electronically Filed**
2/3/2022 3:50 PM
Steven D. Grierson
CLERK OF THE COURT

**AFFT**
Harris & Harris Lawyers
Brian K. Harris, Esq.
1645 Village Center Circle, Suite 60
Las Vegas , NV 89134
State Bar No.:  7737
Attorney(s) for: Plaintiff(s)

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

Case No.: **A-22-846332-C**

Dept. No.: **4**

**Erlinda Zacarias; et al**
*vs*
**Ernest Johnson; et al**

*Plaintiff(s)*

*Defendant(s)*

Date:
Time:

**AFFIDAVIT OF DUE DILIGENCE**

__Alexis Nicole Turner__ , being duly sworn deposes and says: That Affiant is and was on the day when she received the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process in  the State of Nevada under license #604, and not a party to or interested in, the within action: That the affiant received the within __Summons - Civil; Complaint__ , on the __7th__  day of __January__ , __2022__ and that attempts were made to locate the **Defendant**, **Ernest Johnson** , within the County of __Clark__ , State of __Nevada .__

Affiant affirms that during the period of January 7th, 2022 - February 3, 2022, a diligent effort was made to serve and locate a current address for the defendant, Ernest Johnson. See Affidavits of Attempted Service regarding efforts to serve defendant at ███████████████████████ and ████████████████████

Inquiries with local phone and Nevada and Texas cross directories were inconclusive due to the many possible matches found by name match for an Ernest Johnson. Affiant was unable to confirm a possible phone/address listing. Inquiries with Harris County, Texas and Clark County Assessor offices were also made. Affiant was unable to confirm a record of the defendant owning a residence in either county.

Inquiries were run with Texas and Clark County Voter Registration listings. Affiant found no match for the defendant through Clark County Voter Registration listings. Affiant was able to match the defendant by name, Ernest Johnson, county of Harris, date of birth (DOB)████ 1950 and zip code █████ through Texas Voter Registration listings. Defendant shows to be an "active" status voter at ███████████████████████

/ / /

Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

Case Number: A-22-846332-C

PAGE 10/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

02/23/2022 07:04 FAX                                                                                                      ☑ 0011/0028

Inquiries with various national search engines were run. Affiant was able to match defendant by name, Ernest Johnson and last known address of ███████████████████████████. Information obtained from these inquiries show that the defendant, Ernest Johnson is aka Ernest Johnson Jr. DOB is showing ████ 1950. A Texas issued drivers license lists DL# ████████. Results of these inquiries are reporting the most current address to be ███████████████████████████. These inquiries also provided a few possible phone numbers. Contact was tried c/o the phone numbers obtained; █████████ (kept ringing until it just eventually disconnected), ███████████ (rang and eventually went to a generic voicemail, in which a detailed voicemail was left advising of the nature of the documents), ███████████ (rang and eventually went to a generic voicemail, in which a detailed voicemail was left advising of the nature of the documents), ██████████ (rang and an automated message message stated, "please enter your remote access code.").

Postal inquiries were submitted for the addresses listed in this affidavit in an effort to confirm an address as current for the defendant and/or to obtain a forwarding address. To date, the US Postmaster has failed to respond. Letters were also mailed from Las Vegas, NV, first-class postage prepaid to the subject at the addresses listed in this affidavit and advised of the nature of the document. Affiant affirms that there has been no response to letters mailed.

Affiant affirms that a due and diligent effort was made to serve and to locate a current address for the defendant, Ernest Johnson, and that based on results of attempts to serve, the most current address found for the defendant is ███████████████████████████

I declare under penalty of perjury under the law of the state of Nevada that the foregoing is true and correct. Executed this 3rd day of February 2022

*Alexis Turner*

**Alexis Nicole Turner #: R-2020-01936**
Legal Process Service, License # 604
Work Order **2200663**

Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT



1  **AFFT**
2  Harris & Harris Lawyers
   Brian K. Harris, Esq.
3  1645 Village Center Circle, Suite 60
   Las Vegas , NV 89134
4  State Bar No.: 7737
5  Attorney(s) for: Plaintiff(s)

6                    **DISTRICT COURT**
7                  **CLARK COUNTY, NEVADA**

8                                                         Case No.:
                                                          A-22-846332-C
9                                                         Dept. No.:
10  Erlinda Zacarias; et al                                        **4**
11        vs                              **Plaintiff(s)**
    Ernest Johnson; et al                               Date:
12                                        **Defendant(s)**   Time:

13                                                        **AFFIDAVIT OF**
14                                                        **ATTEMPTED SERVICE**

15  <u>Kerry Jackson,</u> being duly sworn deposes and says: That Affiant is and was on the day when she attempted to serve
16  the within action, a citizen of the United States, over 18 years of age, and not a party to or interested in, the within
17  action: That the affiant received the within <u>Summons – Civil Complaint</u> on the <u>13th</u> day of <u>January, 2022</u> and
18  attempted to effect service on <u>Ernest Johnson</u> at the following address(es): ▮▮▮▮▮▮▮
    ▮▮▮▮▮▮  Below are listed that date(s) and time(s) of attempted service.
19

20  <u>Date</u>      <u>Time</u>      <u>Address</u>      **Outcome**

21  1/13/22    12:30pm  As Above    Address corresponds to a residence. There was no answer at the door and no
22                                  visible activity or sounds. A Ford SUV was seen in the driveway with plate #
                                    ▮▮▮▮▮▮ and a notice was left on the garage door. Affiant tried to check with
23                                  three neighbors, but only a man (senior citizen) across the street answered the
24                                  door. The man stated that he did not know who lived at the address. As Affiant
                                    left, the next door neighbor came out, who was a kid walking his dog, and
25                                  stated that he just moved there and doesn't know who lived next door.

26                                  There was no answer at the doo. Another vehicle was seen on the property,
27  1/17/22    7:30pm  As Above     which was a medical transport truck with plate # ▮▮▮▮▮ The porch lights
28                                  were seen on and the notice previously left on the garage door was gone. A
                                    package was seen at the front door addressed to Regina Hyde Scott. Affiant
29                                  tried ringing the doorbells of two neighbors, but got no answer.

30                                  Affiant received a phone call from Mr. Wachira of Jowa Tax and Finance, in
31                                  which he was asked for help regarding the whereabouts of the subject. Mr.
    1/18/22    Incoming Call:       Wachira stated that he was out of the country, but would still see what he could
32                                  do. Affiant sent a text to Mr. Wachira later on, but did not receive a reply.

33
34                                  There was no answer at the door and the window blinds were seen open.
35                                  There was no answer at the neighbors homes. Affiant made an outgoing call to
                                    ▮▮▮▮▮ and spoke with Precious at Jowa Tax and Finance, who stated
36  1/19/22    9:40am  As Above     that she would try to make contact with the subject and have him call Affiant in
                                    20-30 minutes. Affiant let Precious know that she was sitting outside of the
                                    subject's house and will wait before reattempting the doorbell again. After

waiting 20 minutes, Affiant tried again at the residence and there was still no answer at the door. Affiant noted that when she pulls up to the residence, the internet on her phone asks "want to join THE JOHNSONS wifi."

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed this 24 day of January, 2021.

**Kerry Jackson**
Process Server

WorkOrderNo 2200223



28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

02/23/2022 07:06 FAX                                                                    ☑0014/0028

**AFFT**
Harris & Harris Lawyers
Brian K. Harris, Esq.
1645 Village Center Circle, Suite 60
Las Vegas, NV 89134
State Bar No.: 7737
Attorney(s) for: Plaintiff(s)

## DISTRICT COURT
## CLARK COUNTY, NEVADA

|  |  |
|---|---|
| Erlinda Zacarias; et al **Plaintiff(s)** vs Ernest Johnson; et al **Defendant(s)** | Case No.: A-22-846332-C Dept. No.: 4 Date: Time: **AFFIDAVIT OF ATTEMPTED SERVICE** |

**Kerry Jackson,** being duly sworn deposes and says: That Affiant is and was on the day when she attempted to serve the within action, a citizen of the United States, over 18 years of age, and not a party to or interested in, the within action. Pursuant to NRS 239B.030 this document does not contain the social security number of any person.  That the affiant received the within **Summons - Civil: Complaint** on the **12th** day of **January, 2022** and attempted to effect service on **Ernest Johnson** at the following address(es): ███████████████████  Below are listed the date(s) and time(s) of attempted service.

| **Date** | **Time** | **Address** | **Outcome** |
|---|---|---|---|
| 1/13/22 | 12:40pm | As Above | Address corresponds to a residence. Affiant confirmed with Ms. Lynn that the subject rented the residence from a lady named Brenda and he moved out two years ago when his lease was up. No further information provided. |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this ___24___ day of January, 2022.

_Kerry Jackson_
**Kerry Jackson**
**Process Server**
WorkOrderNo 2200223



**TEXAS SECRETARY OF STATE**   TEAM   **MY VOTER PORTAL**
                                      TEXAS ELECTIONET ADMINISTRATION SYSTEM

Voter Information

Name: ERNEST JOHNSON JR
Address:

Gender: MALE
Valid From: 01/01/2022
Effective Date of Registration: 09/14/2010
Voter Status: ACTIVE
County: HARRIS
Precinct: 757
VUID:

**Change your Address**

Upcoming Elections (Select Election for available polling information)

11/08/2022–2022 NOVEMBER 8TH GENERAL ELECTION
03/01/2022–2022 MARCH 1ST REPUBLICAN PRIMARY
03/01/2022–2022 MARCH 1ST DEMOCRATIC PRIMARY

***Eligibility is determined by Effective Date of
Registration (Must be on or before Election Day)

**Please Note:** Polling places are subject to change. Always check your designated polling place location via this website or by contacting your county prior to going to vote.

ADDITIONAL QUESTIONS and FAQ

**Note:** Any questions now that you see your voter registration status? On Suspense? Don't live at that address anymore? Not sure what to do next? Check out our FAQ.

Back

https://teamrv-mvp.sos.texas.gov/MVP/voterDetails.do                                                    1/1

PAGE 15/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT



**AFFT**
Harris & Harris Lawyers
Brian K. Harris, Esq.
1645 Village Center Circle, Suite 60
Las Vegas , NV 89134
State Bar No.: 7737
Attorney(s) for: Plaintiff(s)

Electronically Filed
2/3/2022 3:50 PM
Steven D. Grierson
CLERK OF THE COURT

### DISTRICT COURT
### CLARK COUNTY, NEVADA

Case No.:
A-22-846332-C

Dept. No.:
4

Erlinda Zacarias; et al

vs

Ernest Johnson; et al

*Plaintiff(s)*

*Defendant(s)*

Date:
Time:

**AFFIDAVIT OF
ATTEMPTED SERVICE**

**Kerry Jackson,** being duly sworn deposes and says: That Affiant is and was on the day when she attempted to serve the within action, a citizen of the United States, over 18 years of age, and not a party to or interested in, the within action: That the affiant received the within **Summons - Civil Complaint** on the **13th** day of **January, 2022** and attempted to effect service on **Ernest Johnson** at the following address(es): ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ Below are listed that date(s) and time(s) of attempted service.

| Date | Time | Address | Outcome |
|------|------|---------|---------|
| 1/13/22 | 12:30pm | As Above | Address corresponds to a residence. There was no answer at the door and no visible activity or sounds. A Ford SUV was seen in the driveway with plate # ▮▮▮▮▮▮ and a notice was left on the garage door. Affiant tried to check with three neighbors, but only a man (senior citizen) across the street answered the door. The man stated that he did not know who lived at the address. As Affiant left, the next door neighbor came out, who was a kid walking his dog, and stated that he just moved there and doesn't know who lived next door. |
| 1/17/22 | 7:30pm | As Above | There was no answer at the door. Another vehicle was seen on the property, which was a medical transport truck with plate # ▮▮▮▮▮▮ The porch lights were seen on and the notice previously left on the garage door was gone. A package was seen at the front door addressed to Regina Hyde Scott. Affiant tried ringing the doorbells of two neighbors, but got no answer. |
| 1/18/22 | | Incoming Call: | Affiant received a phone call from Mr. Wachira of Jowa Tax and Finance, in which he was asked for help regarding the whereabouts of the subject. Mr. Wachira stated that he was out of the country, but would still see what he could do. Affiant sent a text to Mr. Wachira later on, but did not receive a reply. |
| 1/19/22 | 9:40am | As Above | There was no answer at the door and the window blinds were seen open. There was no answer at the neighbors homes. Affiant made an outgoing call to ▮▮▮▮▮▮ and spoke with Precious at Jowa Tax and Finance, who stated that she would try to make contact with the subject and have him call Affiant in 20-30 minutes. Affiant let Precious know that she was sitting outside of the subject's house and will wait before reattempting the doorbell again. After |

Case Number: A-22-846332-C

PAGE 16/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

waiting 20 minutes, Affiant tried again at the residence and there was still no answer at the door. Affiant noted that when she pulls up to the residence, the internet on her phone asks "want to join THE JOHNSONS wifi."

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed this 24 day of January, 2021.

**Kerry Jackson**
**Process Server**

WorkOrderNo 2200223

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

**AFFT**
Harris & Harris Lawyers
Brian K. Harris, Esq.
1645 Village Center Circle, Suite 60
Las Vegas , NV 89134
State Bar No.: 7737
Attorney(s) for: Plaintiff(s)

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Erlinda Zacarias; et al | Case No.: **A-22-846332-C** |
| vs | Dept. No.: **4** |
| Ernest Johnson; et al | Date: |
| **Plaintiff(s)** | Time: |
| **Defendant(s)** | |

**AFFIDAVIT OF ATTEMPTED SERVICE**

**Kerry Jackson**, being duly sworn deposes and says: That Affiant is and was on the day when she attempted to serve the within action, a citizen of the United States, over 18 years of age, and not a party to or interested in, the within action. Pursuant to NRS 239B.030 this document does not contain the social security number of any person. That the affiant received the within **Summons - Civil; Complaint** on the **12th** day of **January, 2022** and attempted to effect service on **Ernest Johnson** at the following address(es): ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Below are listed the date(s) and time(s) of attempted service.

| Date | Time | Address | Outcome |
|---|---|---|---|
| 1/13/22 | 12:40pm | As Above | Address corresponds to a residence. Affiant confirmed with Ms. Lynn that the subject rented the residence from a lady named Brenda and he moved out two years ago when his lease was up. No further information provided. |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this ___24___ day of January, 2022.

_____
**Kerry Jackson**
Process Server

WorkOrderNo **2200223**

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

Electronically Filed
1/27/2022 1:22 PM
Steven D. Grierson
CLERK OF THE COURT

**AFOC**
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HARRIS INJURY LAW**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| ERLINDA ZACARIAS; ERLINDA ZACARIAS as parent and guardian of ██████ FRANCISCO ROCHA <br><br> Plaintiffs, <br><br> vs. <br><br> ERNEST JOHNSON; JOWA TAX AND FINANCE, INC.; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, <br><br> Defendants. | Case No. A-22-846332-C <br> Dept. No. 4 |

### PLAINTIFFS' AFFIDAVIT OF COMPLIANCE

STATE OF NEVADA ) 
) ss.
COUNTY OF CLARK )

**PEGGY A. FROMHART**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affiant received **_ONE (1)_** copy of the Summons and Complaint, on the **_27th_** day of **_JANUARY_**, 2022, and served the same on the **_27TH_** day of **_JANUARY, 2022_** by:

. . . .

. . . .

. . . .

. . . .

(Affiant must complete the appropriate paragraph)

Case Number: A-22-846332-C

PAGE 19/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

HARRIS & HARRIS INJURY LAWYERS

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

1. delivering and leaving a copy with the defendant _____
at _____.

2. serve the defendant _____ by personally delivering and
leaving a copy with _____, a person of suitable age and
discretion residing at the defendant's usual place of abode located at
_____.

(Use paragraph 3 for serve upon agent, completing A or B)

3. serving the defendant _____ by personally delivering
and leaving a copy at _____.

    a.    With _____ as _____, an
agent lawfully designated by statute to accept service of process;

    b.    With _____, pursuant to NRS 14.020 as a person
of suitable age and discretion at the above address, which address is the address
of the resident agent as shown on the current certificate of designation filed with
the Secretary of State.

4. personally depositing a copy in a mail box of the United States Post Office, enclosed in a
sealed envelope postage prepaid (check appropriate method):

    __X__   ***FIRST CLASS MAIL***
    __X__   ***CERTIFIED, FIRST-CLASS RETURN RECEIPT REQUESTED***
    _____ registered mail, return receipt requested

addressed to the defendant ***ERNEST JOHNSON, JR.*** at the defendant's last known address
which is ██████████████████████████████

**SUBSCRIBED AND SWORN** to before me this
____ day of ***JANUARY***, 2022



_____
NOTARY PUBLIC

_____
Signature of person making service

MELISSA A. SUITOR
Notary Public, State of Nevada
No. 02-78055-1
My Appt. Exp. Feb. 17, 2026

-2-





28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT



**HARRIS**
**INJURY LAW**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134



FIRST-CLASS

US POSTAGE
$ 000.53⁰
02 1P
0001151707     JAN 27 2022
MAILED FROM ZIP CODE 89134

MR. ERNEST JOHNSON, JR.

PAGE 22/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

ERLINDA ZACARIAS; ERLINDA ZACARIAS )
as parent and guardian of ███████████ )
FRANCISCO ROCHA )
                                        )
                Plaintiffs,             )
                                        )
vs.                                     )
                                        )
ERNEST JOHNSON; JOWA TAX AND            )
FINANCE, INC.; DOES 1 through 10; ROE   )
CORPORATIONS 11-20, inclusive,          )
                                        )
                Defendants.             )
                                        )
_____)

CASE NO: A-22-846332-C
Case No.
Dept. No.          Department 4

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR
BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth
in the Complaint.

ERNEST JOHNSON
███████████████████

1.   If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the
     day of service, you must do the following:
     (a)   File with the Clerk of this Court, whose address is shown below, a formal written response to
           the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
     (b)   Serve a copy of your response upon the attorney whose name and address is shown below.
2.   Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so
     respond will result in a judgment of default against you for the relief demanded in the Complaint, which
     could result in the taking of money or property or other relief requested in the Complaint.
3.   If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your
     response may be filed on time.

The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission
members and legislators each have **45 days** after service of this Summons within which to file an Answer or
other responsive pleading to the Complaint.

     DATED this ⟶6 day of January, 2022.

Submitted By:                                  STEVEN D. GRIERSON, CLERK OF THE COURT

_____                      By_____   1/7/2022
BRIAN K. HARRIS, ESQ.                             Deputy Clerk            Date
Nevada Bar No. 7737                               Regional Justice Center
1645 Village Center Circle, Suite 60              200 Lewis Avenue   Laurie Williams
Las Vegas, Nevada 89134                           Las Vegas, Nevada 89155
Attorney for Plaintiffs

05.25.16

HARRIS
INJURY LAW

Case Number: A-22-846332-C

PAGE 23/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT



Electronically Filed
1/6/2022 1:14 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HARRIS INJURY LAW**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

CASE NO: A-22-846332-C
Department 4

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ERLINDA ZACARIAS; ERLINDA ZACARIAS as parent and guardian of ███████ FRANCISCO ROCHA  Plaintiffs,  vs.  ERNEST JOHNSON; JOWA TAX AND FINANCE, INC.; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive,  Defendants. | Case No. Dept. No. |

**C O M P L A I N T**

Plaintiffs allege as follows:

1.      That at all times relevant hereto, Plaintiff **ERLINDA ZACARIAS**, was and is a resident of Clark County, State of Nevada.

2.      That at all times relevant hereto, Plaintiff **ERLINDA ZACARIAS** as parent and guardian of ███████████ was and is a resident of Clark County, State of Nevada.

3.      At all times mentioned herein, Plaintiff **FRANCISCO ROCHA** was and is a resident of Clark County, Nevada.

4.      That at all times relevant hereto, Defendant **ERNEST JOHNSON**, was and is a resident of Harris County, State of Texas.

. . . .

Case Number: A-22-846332-C

PAGE 24/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

5. That at all times relevant hereto, Defendant **JOWA TAX AND FINANCE, INC.** is a Foreign Corporation doing business in Las Vegas, Clark County, Nevada.

6. That the identities of Defendants, DOES 1 through 10 and ROE CORPORATIONS 11 through 20, are unknown at this time and may be individuals, partnerships or corporations. Plaintiff alleges that each of the Defendants designated herein as DOE or ROE CORPORATION is responsible in some manner for the damages herein alleged. Plaintiffs request leave of the Court to amend this Complaint to name the Defendants specifically when their identities become known.

7. That all the facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada.

8. At all times relevant hereto, Defendants were the drivers, contractors, maintainers, owners, managers, inspectors, supervisors and controllers of the subject semi truck.

9. On or about June 8, 2021, Defendants, while in the course and scope of their employment and agency with other Defendants, negligently failed to properly control and operate the subject semi truck and further failed to use due care to Plaintiffs, by rear-ending the vehicle they were occupying causing serious injuries.

10. As a direct and proximate result, Plaintiffs were seriously and permanently injured to their general damage in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**.

11. As a further direct and proximate result, Plaintiffs incurred expenses for medical care and treatment and will incur expenses for future medical care and treatment.

12. As a further direct and proximate result, Plaintiffs sustained a loss of earnings and/or earning capacity.

13. As a further direct and proximate result, Plaintiffs were forced to retain the services of **HARRIS & HARRIS** to prosecute this matter.

-2-

PAGE 25/28 * RCVD AT 2/23/2022 1:14:29 PM [Eastern Standard Time] * SVR:SRRFXP14/2 * DNIS:8339051738 * CSID: * ANI:7026656564 * DURATION (mm-ss):15-12

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT

WHEREFORE, Plaintiffs pray judgment of this Court as follows:

**WHEREFORE** Plaintiffs pray for Judgment against the Defendants, and each of them, as follows:

1.     For general and compensatory damages in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

2.     Damages for cost of medical care and treatment and costs incidental thereto in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

3.     Damages for future cost of medical care and treatment and costs incidental thereto in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

4.     Damages for lost earnings and loss of future earning capacity in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

5.     Damages for past and future household services in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

6.     Damages for Plaintiffs' emotional distress, including, but not limited to pain and suffering and hedonic damages in an amount in excess of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**;

7.     For reasonable attorney fees, costs of suit and interest incurred herein; and

8.     For such other and further relief as the Court deems just and proper.

DATED this ___ day of January, 2022.

HARRIS INJURY LAW

By _____
   **BRIAN K. HARRIS, ESQ.**
   Nevada Bar No. 7737
   1645 Village Center Circle, Suite 60
   Las Vegas, Nevada 89134
   702.880.4529 - Telephone
   702.880.4528 - Facsimile
   *Attorneys for Plaintiffs*

-3-

**Steve Sisolak**
*Governor*



**Julie Butler**
*Director*

555 Wright Way
Carson City, Nevada 89711
Telephone (775) 684-4368
dmvnv.com

February 7, 2022

Mr. Brian K. Harris, Esq.
Harris Injury Law
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134

Dear Mr. Harris:

Re: Erlinda Zacarias; Erlinda Zacarias as parent and guardian of ███████████ Francisco Rocha
v. Ernest Johnson; Jowa Tax and Finance, Inc.; Does 1 through 10; Roe Corporations 11-20,
inclusive,
Case No. A-22-846332-C
Service Date: 02/04/2022
Service Accepted for: Ernest Johnson
Delivery Method: Legal Process Service

This letter acknowledges service of a Summons and Complaint received in the Director's Office
of the State of Nevada Department of Motor Vehicles for the above-referenced case along with
$5.00 as provided for in NRS 14.070.

Sincerely,

Amanda Otto
Administrative Assistant
Director's Office

28 Pages FAXED Wed, 23 Feb 2022 18:33:45 GMT