# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| ERLINDA ZACARIAS, et al., | Case No. 2:22-cv-00595-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 8] |
| ERNEST JOHNSON, et al., | |
| Defendant(s). | |

Pending before the Court is a notice that Plaintiff Francisco Rocha is not a minor.  Docket No. 8; *see also* Docket No. 5 (order requiring the filing of such notice).  For reasons that are unclear, counsel have (again) violated the local rules on redacting personal identifying information by including a full date of birth in that notice.  Local Rule IC 6-1(a)(3).  Accordingly, the Clerk's Office is **INSTRUCTED** to seal and strike Docket No. 8.  The parties must file a properly redacted version of that document by April 27, 2022.

The Court already warned counsel that they must strictly comply with the rules on protecting personal identifying information.  Docket No. 5.  Despite that warning, counsel promptly filed another document disclosing personal identifying information.  Attorneys Brian Harris and Devin Gifford are hereby **ORDERED** to file declarations, by April 27, 2022, that they have carefully reviewed Local Rule IC 6-1.  **The Court expects strict compliance from the parties moving forward with all applicable rules, including the rules on protecting personal identifying information.**

IT IS SO ORDERED.

Dated: April 20, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1